No. 212. HVIZDAK, Respondent, v. SCHULTZ and another, Appellants.

(Also reported in 212 N. W. 2d 171.)

* Motion for rehearing denied, with costs, on February 5, 1974.

For the appellants the cause was submitted on the briefs of *Schoone, McManus & Hanson, S. C.,* attorneys, and *Robert J. Grady* of counsel, all of Racine.

For the respondent the cause was submitted on the brief of *Kolbe, Sharp & Arena,* attorneys, and *Duane L. Arena* of counsel, all of Racine.

Order affirmed.